UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSALEA O'NEAL,<br><br>        Plaintiff,<br>v.<br><br>VERIZON SERVICES CORP.,<br><br>        Defendant. | C.A. No. |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332 and 1446, Defendant Verizon Services Corp. ("Verizon" or "Defendant") respectfully submits this Notice of Removal of the instant civil action. As grounds for this removal, Defendant respectfully states that:

1.      On or about February 3, 2026, Plaintiff Rosalea O'Neal ("Plaintiff") commenced a civil action against Defendant in Suffolk County Superior Court of the Commonwealth of Massachusetts, entitled Rosalea O'Neal v. Verizon Services Corp., Civil Action No. 2684-cv-00334 ("State Court Action").

2.      On or about February 25, 2026, copies of the Complaint and Civil Action Cover Sheet in connection with the State Court Action were served upon Defendant.

3.      Pursuant to 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings, and orders served upon Defendant to date in the State Court Action are attached hereto as Exhibit A.

4.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been filed with the Court within thirty (30) days of service of the Summons and Complaint in the State Court Action.

5.      No further proceedings have occurred in the State Court Action. Defendant has not served any answer or responsive pleading to the Complaint, nor made any appearance or argument before the Suffolk County Superior Court of the Commonwealth of Massachusetts.

6.      The State Court Action is being removed to this Court on the grounds that original jurisdiction of this action is in this Court.  Specifically, the parties are of diverse citizenship and the amount in controversy exceeds $75,000.

## DIVERSITY JURISDICTION

7.      This Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, based on diversity of citizenship because the parties are citizens of different states.

8.      Specifically, in Paragraph 2 of Plaintiff's Complaint, Plaintiff states that she is a resident of Massachusetts.

9.      Defendant is a general partnership formed under the laws of the State of Delaware. Defendant has three partners in total and is indirectly, wholly owned by Verizon Communications Inc.  Verizon Communications Inc. has its principal place of business in New York.  The following is a listing of Defendant's partners: Bell Atlantic Mobile Systems LLC, a Delaware limited liability company with its principal place of business in New York, whole sole member is MCI Communications Services LLC, a Delaware limited liability company with its principal place of business in New Jersey; GTE Wireless LLC, a Delaware limited liability company with its principal place of business in New York, whose sole member is Verizon Communications Inc.; and Verizon Americas LLC, a Delaware limited liability company with its principal place of business in New York, whose sole member is Verizon Communications Inc.  Plaintiff concedes that Defendant is not a citizen of Massachusetts.  See Complaint, ¶ 2.

10. Plaintiff asserts claims for violations of the Massachusetts Paid Family and Medical Leave Act ("PFMLA") and the Massachusetts Wage Act. See Complaint, ¶ 1. Specifically, Plaintiff alleges that Defendants unlawfully retaliated against her in violation of the PFMLA. Plaintiff further alleges that Defendant failed to pay her wages upon her termination. Plaintiff estimates that the unpaid wages total $8,113.67. See Complaint, ¶ 40. If successful, Plaintiff is entitled to treble damages for her lost wages and benefits and reasonable attorney's fees and costs under the PFMLA and the Massachusetts Wage Act. Significantly, a court may consider potential attorney's fees as part of the amount-in-controversy calculation when "a statute mandates or allows the payment of such fees." Dep't of Rec. and Sports of Puerto Rico v. World Boxing Ass'n, 942 F.2d 84, 89 (1st Cir. 1991). The Massachusetts Wage Act states that "[a]n employee . . . who prevails in [an action for a violation of Mass. Gen. Laws ch. 149] shall be entitled to an award of the costs of the litigation and reasonable attorney fees, Mass. Gen. L. c. 149 § 140, and, thus, it is appropriate to consider attorney's fees in this instance." Sullivan v. Gallery Auto. Grp., LLC, 16-cv-12552-GAO, 2017 U.S. Dist. LEXIS 115589, 2017 WL 3142465, at *3 (D. Mass. July 25, 2017) (considering attorney's fees in assessing the amount in controversy for a Wage Act claim). Similarly, the PFMLA states that an employee who prevails in an action for a violation of the PFMLA may be entitled to "payment by the employer of reasonable costs and attorneys' fees." Mass. Gen. Laws ch. 175M, § 9(d). For these reasons, the stated amount in controversy exceeds the $75,000 jurisdictional prerequisite.

11. Because United States District Courts have original jurisdiction over actions brought by diverse citizens when the amount in controversy is greater than $75,000, pursuant to 28 U.S.C. § 1332(a), removal of this case to this Court under the circumstances herein is proper.

12.     Accordingly, the State Court Action is removeable to the Court under 28 U.S.C. § 1441(a)-(b).

13.     Venue is proper because the Suffolk County Superior Court of the Commonwealth of Massachusetts, the court where the State Court Action is pending, is embraced within "the district and division" of this Court.  28 U.S.C. § 1441(a).

14.     By copy of this document and in accordance with the Certificate of Service, Defendant is providing notice to all Parties in this action advising of the filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

15.     Defendant submits this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding Plaintiff has pled claims upon which relief may be granted.

16.     Defendant will notify the Suffolk County Superior Court and Plaintiff of this Notice of Removal by filing with the Superior Court a Notice of Filing of Notice of Removal. A copy of that notification, which will be sent to the Suffolk County Superior Court, is attached hereto as Exhibit B.

WHEREFORE, Defendant prays that the State Court Action now pending against it in Suffolk Superior Court of the Commonwealth of Massachusetts be removed therefrom to this Court.

Respectfully submitted,

VERIZON SERVICES CORP.,

By its attorneys,

*/s/ Brian E. Lewis*
Brian E. Lewis (BBO # 643717)
Natalya R. Minoff (BBO # 713447)

JACKSON LEWIS P.C.
75 Park Plaza
Boston, MA 02116
Tel: (617) 367-0025
brian.lewis@jacksonlewis.com
natalya.minoff@jacksonlewis.com

Dated:  March 10, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March 2026, a true copy of the above document was served via email upon:

Scott A. Lathrop, Esq.
176 Fitchburg Road
Townsend, MA 01469
scott.lathrop@comcast.net

*Attorney for Plaintiff*

/s/ Brian E. Lewis
Jackson Lewis P.C.

# EXHIBIT A

| CIVIL TRACKING ORDER<br>(STANDING ORDER 1- 88) | DOCKET NUMBER<br><br>**2684CV00334** | **Trial Court of Massachusetts**<br>**The Superior Court** |
|---|---|---|

| CASE NAME:<br>O'Neal, Rosalea vs. Verizon Services Corp. | John E Powers, III<br>Suffolk County Civil |
|---|---|

| TO:<br>Scott A Lathrop, Esq.<br>176 Fitchburg Rd<br>Townsend, MA 01469 | COURT NAME & ADDRESS<br>Suffolk County Superior Court - Civil<br>Suffolk County Courthouse, 12th Floor<br>Three Pemberton Square<br>Boston, MA 02108 |
|---|---|

### TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

**STAGES OF LITIGATION**                                                    **DEADLINE**

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 05/04/2026 | |
| Response to the complaint filed (also see MRCP 12) | | 06/03/2026 | |
| All motions under MRCP 12, 19, and 20 | 06/03/2026 | 07/03/2026 | 08/03/2026 |
| All motions under MRCP 15 | 06/03/2026 | 07/03/2026 | 08/03/2026 |
| All discovery requests **and depositions** served and non-expert depositions completed | 11/30/2026 | | |
| All motions under MRCP 56 | 12/30/2026 | 01/29/2027 | |
| Final pre-trial conference held and/or firm trial date set | | | 06/01/2027 |
| Case shall be resolved and judgment shall issue by | | | 02/03/2028 |

**The final pre-trial deadline is not the scheduled date of the conference.** You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED<br><br>**02/04/2026** | ASSISTANT CLERK<br><br>**Timothy C Walsh** | PHONE<br><br>**(617)788-8121** |
|---|---|---|

Date/Time Printed: 02-04-2026 10:33:35                                                    SCV026\ 08/2018



**CT Corporation**
**Service of Process Notification**
02/25/2026
CT Log Number 551478113

## Service of Process Transmittal Summary

**TO:**   Legal Intake Verizon
Verizon Communications Inc.
1 Verizon Way
Basking Ridge, NJ 07920-1097

**RE:**   **Process Served in Massachusetts**

**FOR:**   Verizon Services Corp.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: ROSALEA O'NEAL // To: Verizon Services Corp. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Attachment(s), Cover Sheet, Order |
| **COURT/AGENCY:** | Suffolk County: Superior Court Commonwealth of Massachusetts, MA<br>Case # 2684CV00334 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - 07/01/2025 |
| **PROCESS SERVED ON:** | C T Corporation System, Boston, MA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 02/25/2026 at 14:06 |
| **JURISDICTION SERVED:** | Massachusetts |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Scott A. Lathrop<br>176 Fitchburg Road<br>Townsend, MA 01469<br>978-597-9020 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/26/2026, Expected Purge Date: 03/03/2026<br><br>Image SOP<br><br>Email Notification,  Legal Intake Verizon  legal.intake@verizon.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>155 Federal Street<br>Suite 700<br>Boston, MA 02110<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT



**CT Corporation**
**Service of Process Notification**
02/25/2026
CT Log Number 551478113

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                                Wed, Feb 25, 2026
**Server Name:**                         Drop Service

| | |
|---|---|
| Entity Served | VERIZON SERVICES CORP. |
| Case Number | 2684CV00334 |
| Jurisdiction | MA |

| Inserts | | |
|---|---|---|
| | | |





| | CIVIL DOCKET NO. | Trial Court of Massachusetts |
|---|---|---|
| **Summons** | 2684CV00334 | **The Superior Court** |

| CASE NAME: | John E. Powers III | Clerk of Courts |
|---|---|---|
| ROSALEA O'NEAL | Suffolk | County |
| Plaintiff(s) | COURT NAME & ADDRESS: | |
| VS. | **Suffolk Superior Civil Court** | |
| VERIZON SERVICES CORP. | **Three Pemberton Square** | |
| Defendant(s) | **Boston, MA. 02108** | |

THIS SUMMONS IS DIRECTED TO ___Verizon Services Corp.___ (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this Summons and the original Complaint has been filed in the ___Suffolk Superior___ Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

**1. You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the Court may decide the case against you and award the Plaintiff everything asked for in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

**2. How to Respond.**

To respond to this lawsuit, you must file a written response with the Court **and** mail a copy to the Plaintiff's attorney (or the Plaintiff, if unrepresented). You can do this by:

    a) Filing your **signed original** response with the Clerk's Office for Civil Business, Suffolk Superior Court Three Pemberton Sq., 12th Floor (address), by mail, in person, or electronically through Boston, MA 02108 the web portal www.eFileMA.com if the Complaint was e-filed through that portal, **AND**

    b) Delivering or mailing **a copy** of your response to the Plaintiff's attorney/Plaintiff at the following address:

    176 Fitchburg Road, Townsend, MA 01469     A true copy Attest:

    2/25/20     Deputy Sheriff Suffolk County

**3. What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff (referred to as "counterclaims") that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Court no more than 10 days after sending your Answer.

**3. (cont.)** Another way to respond to a Complaint is by filing a "Motion to Dismiss," if you believe that the Complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Rule 12 of the Massachusetts Rules of Civil Procedure.** If you are filing a Motion to Dismiss, you must follow the filing rules for "Civil Motions in Superior Court," available at:

www.mass.gov/law-library/massachusetts-superior-court-rules

**4. Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

**5. Required Information on All Filings.**

The "Civil Docket No." appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. __Michael D. Ricciuti__ , Chief Justice on __February 13,__ ,20 26 . (Seal)

Clerk _____

**Note:** The docket number assigned to the original Complaint by the Clerk should be stated on this Summons before it is served on the Defendant(s).

---

### PROOF OF SERVICE OF PROCESS

I hereby certify that on _____ , I served a copy of this Summons, together with a copy of the Complaint in this action, on the Defendant named in this Summons, in the following manner (See Rule 4(d)(1-5) of the Massachusetts Rules of Civil Procedure):

_____

_____

_____

Dated: _____        Signature: _____

**N.B.    TO PROCESS SERVER:**

**PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.**

Date: _____

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts The Superior Court |
|---|---|---|

| PLAINTIFF(S): ROSALEA O'NEAL | COUNTY |
|---|---|
| ADDRESS: 72 CHESTNUT AVIENUE | Suffolk |
| JAMAICA PLAIN, MA 02130 | DEFENDANT(S): VERIZON SERVICES CORP/. |

| ATTORNEY: SCOTT A. LATHROP | |
|---|---|
| ADDRESS: 176 FITCHBURG ROAD | ADDRESS: 125 HIGH STREET |
| TOWNSEND, MA 01469 | OLIVER TOWER, 7TH FLOOR |
| | BOSTON, MA 02110 |
| BBO: 287820 | |

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B22 | EMPLOYMENT DISCRIMINATION | F | ☒ YES  ☐ NO |

**\*If "Other" please describe:**

| Is there a claim under G.L. c. 93A? ☐ YES  ☒ NO | Is this a class action under Mass. R. Civ. P. 23? ☐ YES  ☒ NO |
|---|---|

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ........................................................................................ $_____
2. Total doctor expenses .......................................................................................... $_____
3. Total chiropractic expenses ................................................................................. $_____
4. Total physical therapy expenses ......................................................................... $_____
5. Total other expenses (describe below) ............................................................... $_____
                                                     Subtotal (A): $_____

B. Documented lost wages and compensation to date .................................................. $_____
C. Documented property damages to date ................................................................... $_____
D. Reasonably anticipated future medical and hospital expenses ................................ $_____
E. Reasonably anticipated lost wages ......................................................................... $_____
F. Other documented items of damages (describe below) ............................................ $_____

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

                                                        TOTAL (A-F):$ 50,000+

### CONTRACT CLAIMS
(attach additional sheets as necessary)
☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):

                                                      TOTAL: $ 50,000+

**Signature of Attorney/ Unrepresented Plaintiff:** X *Scott A Lathrop*    Date: 2/3/2026

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

**Signature of Attorney of Record:** X *Scott A Lathrop*    Date: 2/3/2026

ER

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                    SUPERIOR COURT

C.A. NO.

```
******************************
ROSALEA O'NEAL,              *
        Plaintiff            *
                             *
        v.                   *
                             *
VERIZON SERVICES CORP.,      *
        Defendant            *
******************************
```

## **COMPLAINT**

1. This is an action for violation of the Massachusetts Paid Family and Medical Leave Act, M.G.L.c. 175M, and an action for failure to pay compensation due and owing under the Massachusetts Weekly Payment of Wages Statute, M.G.L. c. 149. ss. 148 & 150,

2. Plaintiff Rosalea ("O'Neal") is an individual residing in Jamaica Plain, Massachusetts.

3. Verizon Services Corp. ("Verizon") is a nationwide corporation with offices throughout the country including Massachusetts.

4. Venue is proper pursuant to M.G.L.c. 223, s. 1, inasmuch as Verizon maintains a usual place of business in Suffolk County, namely, 125 High Street, Oliver Tower, 7th Floor, Boston, MA 02110.

5. On March 31, 1997, O'Neal was hired by Nynex/Bell Atlantic, a entity within Verizon, as a Business Customer Service Agent.

1

6. In March, 2000, O'Neal was transferred to Wholesale Services as Customer Service Representative.

7. In April, 2007, O'Neal was transferred to Financial Services as a Collections Representative.

8. On March 31, 2014, O'Neal was promoted to the position of Fiber Solutions Center Analyst.

9. On May 11, 2020, a senior citizen Verizon customer described O'Neal as: "More than professional, helpful and kind." (Attachment 1)

10. On November 12, 2022, a Verizon customer described O'Neal as: "Wish there were more Verizon technicians like her." (Attachment 2)

11. On July 13, 2023, her mid-year review by Verizon described O'Neal as: "Acts with integrity conform to ethical standards all business situations. Interacts with professional manner, acts respectfully." (Attachment 3)

12. In November, 2023, a Verizon customer described O'Neal as: "She took her time in helping me solve my problem. She was very courteous, and very knowledgeable." (Attachment 4)

13. In December, 2023, a Verizon customer described O'Neal as: "She was able to help" "Efficient in doing her job!" "Very willing to help." (Attachment 5)

14. In January, 2024, a Verizon customer described O'Neal as: "Very professional" "Understood my problem and helped me. She was the best!" (Attachment 6)

2

15. In February, 2024, a Verizon customer described O'Neal as: " Like Rosalea, train all your other employees, I made a couple phone calls this weekend with the same problem, and no one could give me the solution and the answers that Rosalie was able to do." (Attachment 7)

16. On February 8, 2024, in her end of year review by Verizon, O'Neal was described as: "Strengths lies in her technical abilities. Above and beyond troubleshooting with customers. Pleasure to work with." (Attachment 8)

17. In March, 2024, a Verizon customer described O'Neal as: "Her knowledge and professionalism was outstanding" "Knowledge, Patience." (Attachment 9)

18. In April, 2024, a Verizon customer described O'Neal as: "Knowledge efficient" "Solved problem first try" "She listened to me." (Attachment 10)

19. In May, 2024, a Verizon customer described O'Neal as: "Everything, she was great" "Kind, patient, thorough and professional," (Attachment 11)

20. In June, 2024, a Verizon customer described O'Neal as: "Has a great customer service and professionalism. Excellent! Thank you!" (Attachment 12)

21. In July, 2024, a Verizon customer described O'Neal as: "Worked with us patiently to resolve a problem" "Personable and knowledgeable." (Attachment 13)

22. On July 10, 2024, O'Neal received her Verizon mid-year where she was described as: "Strengths lie in technical abilities. Lives Credo everyday, commitment to understand customer's need. Pleasure to work with." (Attachment 14)

3

23. In August, 2024, a Verizon customer described O'Neal as: "Very efficient. Smart. Dedicated" "Spoke well easily solved issue" "Attentive." (Attachment 15)

24. In September, 2024, a Verizon customer described O'Neal as: "Answered all questions, very informative, patient and professional" "Smile." (Attachment 16)

25. In October, 2024, a Verizon customer described MO'Neal as: "She was very professional and easy to understand. Well done!" "She listened." (Attachment 17)

26. In November, 2024, a Verizon customer described O'Neal as: "Polite, patient, informed and knowledgeable- superb!" "Courtesy and helpful." (Attachment 18)

27. In December, 2024, a Verizon customer described O'Neal as: "Very personable, kind, patient, smart!" "Everything very clear." (Attachment 19)

28. In January, 2025, a Verizon customer described O'Neal as: "Very knowledgeable Very patient Very personable Fixed the problem" "Patience." (Attachment 20)

29. In February, 2025, a Verizon customer described O'Neal as: "She was very patient with me, explained very well, and had a pleasant voice." (Attachment 21)

30. In her February 4, 2025, end of year review Verizon described O'Neal as: "She interacts with others in a professional manner, acts respectfully. Ability to resolve the customers issues without dispatching a technician." (Attachment 22)

31. In March, 2025, a Verizon customer described O'Neal as: "She was on Target.Excellence!!" "Everything" "Pleasant patient helpful." (Attachment 23)

32. In April, 2025, a Verizon customer described O'Neal as: "Stayed calm and professional, although I might not have been." (Attachment 24)

33. In May, 2025, a Verizon customer described O'Neal as: "She was so gracious and knew helped instantly!" "Superstar" "Knowledgeable." (Attachment 25)

34. On May 17, 2025, O'Neal was approved retroactively for Intermittent Paid Family and Medical Leave ("PFML") through June 12, 2025. Verizon was notified by Sedgwick of her PFML eligibility that same day. (Attachment 26)

35. On June 12, 2025, Verizon suspended O'Neal while she still was on PFML. (Attachment 27)

36. On June 13, 2025, O'Neal was approved retroactively for continuous PFML through August 20, 2025. (Attachment 28)

37. On June 16, 2025, O'Neal made a workplace accommodation request to Verizon based on her medical condition. Verizon never followed up on this request. (Attachment 29)

38. On June 20, 2025, O'Neal applied for further PFML. It was approved on July 8, 2025. (Attachment 30)

39. On July 1, 2025, O'Neal was advised that Verizon was terminating her employment effective immediately. (Attachment 31)

40. On July 3, 2025, O'Neal's final pay in the gross amount of $8,113.67 was issued by Verizon. (Attachment 32)

41. Under the Massachusetts Paid Family and Medical Leave Act, M.G.L.c. 175M, workers
    are legally entitled to up to 20 weeks of paid medical leave for their own health condition
    issues if they cannot perform their job duties due to an illness. M.G.L.c. 175M, s. 2(a),
    (b) & (c)

42. An employee returning from PFML is entitled to his/her same position or an equivalent
    position with the same pay, employment benefits, seniority and length of service.
    M.G.L.c. 175M, s. 2(e)

43. An employer is prohibited from interfering with an employee's right to take leave under
    this Statute. And the law creates a presumption of illegal retaliation if there is any
    negative change to an employee's status during such a leave, within six months of the
    leave or within six months of an employee making any inquiries about such leave.
    M.G.L.c. 175M, s. 9(a) & (c)

44. The employer must rebut this legal presumption with "clear and convincing evidence"
    that the action was not retaliation and that the employer had "sufficient independent
    justification" for taking that action and "would have taken such action in the same
    manner and at the same time the action was taken." M.G.L.c. 175M, s. 9(c)

45. Please also understand that this statute is to be liberally construed as a remedial law to
    further its purpose of providing job-protected family and medical leave and family and
    medical leave benefits. All presumptions are to be made in favor of the availability of
    leave and the payment of family and medical leave benefits under this statute. M.G.L.c.
    175M, s. 8(h)

6

46. If an employer violates this provision, an individual may bring a civil action in Superior

Court for an alleged violation of the job restoration or retaliation provisions of the

Statute. And a prevailing plaintiff can be awarded various remedies, including three times

the employee's lost wages and benefits, damages for his/her.pain and suffering, and

his/her attorney's fees. M.G.L.c. 175M, s. 9(d)

47. O'Neal's termination therefore was illegal and in violation of the Massachusetts Paid

Family and Medical Leave Act, M.G.L.c. 175M.

48. O'Neal can now recover triple damages for all of her lost wages and benefits, damages for

her pain and suffering, and her attorney's fees. M.G.L.c. 175M, s. 9(d)

49. Under Massachusetts law employees who are terminated must be paid their "wages" in

full on the day of discharge. M.G.L.c. 149, s. 148.

50. If an employer does not pay an employee all of his unpaid "wages" in full when they are

legally due, the employer is then responsible for treble the amount of the late "wages"

plus attorney's fees and costs even if the employer shortly thereafter pays the full amount

owing before this becomes a legal issue. Reuter v. City of Methuen, 489 Mass. 465

(2022)

51. In September, 2025, O'Neal filed a Non-Payment of Wage complaint with the

Massachusetts Office of the Attorney General's Fair Labor Division against Verizon

regarding the foregoing.

52. On September 10, 2025, the Massachusetts Office of the Attorney General's Fair Labor

Division issued O'Neal a Private Right of Action Letter pursuant to M.G.L. c. 149, ss.

148 & 150, providing her with the "right to collect triple damages, attorneys' fees, and court costs." (Attachment 33)

53. Under Massachusetts law it is illegal to fail to pay "wages" even if the employer believes it has a claim against the employee; the employer cannot thereby withhold the payment of "wages." See Camara v. Attorney General, 458 Mass. 756, 941 N.E.2d 1118 (2011).

54. Officers of Verizon are also personally liable for this debt. M.G.L.c. 149, s. 148, states in relevant part: "The president and treasurer of a corporation and any officers or agents having the management of such corporation shall be deemed to be the employers of the employees of the corporation within the meaning of this section."

55. Therefore Verizon is also liable to O'Neal triple the amount of $8,113.67 plus attorneys' fees and court costs under M.G.L. c. 149, s. 150.


**WHEREFORE** plaintiff demands:

A. Judgment against the defendant;

B. All lost money, benefits and other remuneration;

C. Compensatory damages;

D. Punitive damages;

E. Triple damages;

F. Attorney's fees;

G. Interest and costs; and

H. Any other remedy this Court deems meet and just.

**PLAINTIFF REQUESTS A JURY TRIAL**

Rosalea O'Neal
By her attorney

*Scott A. Lathrop*

Scott A. Lathrop, Esq.
176 Fitchburg Road
Townsend, MA 01469
(978) 597-9020
scott.lathrop@comcast.net
BBO No. 287820

Dated:  2/3/2026

9

# ATTACHMENT 1

Date Filed: 02/20/2020
Superior Court - Suffolk
Docket

verizon√

## Historical Documents and Notes Activity

# O'Neal, Rosalea L - FIBER CUSTOMER SUPT ANALYST - SR

### Performance Documents

### Recognition

#### ** Customer Commendation **

Mrs Joan Clinch called deck to my line to extend thanx for Rosalea's service. Mrs Clinch is a senior citizen and her internet went out - and during lock down it gave her a fright. Rosalea was going to walk her through - expalining thoroughly each step. Mrs Clinch went on to say, Rosalea was more than professional she was helpful and kins and she wantd someone to know she gave her 5 stars for going above and beyond. Tnx.

Bala, Rhonda L   5/11/2020

# ATTACHMENT 2



**verizon**

Historical Documents and Notes Activity

## O'Neal, Rosalea L - FIBER CUSTOMER SUPT ANALYST - 50

### Customer Feedback

Great job Rosalea, I received this text from a customer "Hi. I'm a Verizon customer and I wanted to let you know most pleasant, informative and helpful experience with Rosa. I hope you find a way to let her know. We need more Verizon technicians like her. Thank you."

This is awesome. Thank you.

Cox, William  11/1/2022

### Performance Documents

# ATTACHMENT 3

**O'Neal, Rosalea L**

FIBER CUSTOMER SUPT ANALYST

Manager: Tracie Lavoie

Evaluated By: Tracie Lavoie

**2023 Associate Mid-Year Review**

Organization: Ntwk & Field Ops Control Ctrs (Tracie Lavoie)

Location: 1 Greene St, Providence, RI (RI0031)

06/26/2023 - 08/11/2023

## Section 3 - Overall Performance Summary

### Manager Overall Review

Comment:    At midyear Rosie's overall scorecard is 110.98%. Rosie's strength lies in her ability to solve the customers issue without dispatching a technician. Rosie is also very conscious of the customers time. This is evident in her Average Handling time of 723.

Areas of opportunity going forward into 2023 are 3 Day Resolve, Handoffs, Virtual Assistant, View Together ACW and LPR Adherence. Utilizing the Wizard, the OBI flow and participating in the OPO Referral program will help Rosie to meet her 3 Day Resolve, and Handoff targets. Sending out the link and educating the customer of the benefits of using TechSee will help Rosie to meet her Virtual Assistant target. Making sure that the customer completes LOV at the end of the call will help Rosie to meet her View together and ACW targets. Minimizing personal time will help Rosie to meet her LPR Adherence target.

Rosie acts with integrity and conforms to ethical standards in all business situations, with full awareness of the Code of Conduct. She interacts with others in a professional manner, acts respectfully and maintains a safe work environment. Rosie is a pleasure to work with and I look forward to watching Rosie's improvement in the second half of the year.

## Acknowledgement

### Manager

| | | | |
|---|---|---|---|
| Entered by: | Tracie Lavoie | Date: | 07/13/2023 |
| Status: | Acknowledge | | |
| Comment: | Submitted for agents review. | | |

### Employee

| | | | |
|---|---|---|---|
| Entered by: | Tracie Lavoie | Date: | 07/31/2023 |
| Status: | Acknowledge | | |
| Comment: | Employee refuse to acknowledge | | |

## Section 1 - Compliance

# Equal Employee Opportunity / Inclusion

Understands and fully supports Verizon's commitment to ensuring equality in employment opportunities and maintaining a work environment free of unlawful discrimination. Values and respects the differences of coworkers, customers, suppliers and community partners. Supports and maintains an ethical and professional work environment where fellow employees and vendors are treated with respect, dignity, honesty, fairness and integrity.

# Ethics

Acts with integrity and conforms to ethical standards in all business situations, with full awareness of the Code of Conduct.

# Safety

Works safely in accordance with Company practices, demonstrates behavior that focuses on safety as an integral part of the work process, and accepts accountability for use of appropriate tools, equipment, methods, and procedures in performing assigned work functions.

# Attendance and Punctuality

Report to work on each scheduled work day at the scheduled start time. Comply with established Company standards for attendance and punctuality according to the applicable Attendance and Tardiness Plan(s) or Policy.

## Section 2 - Performance Goals

### 2023 Performance Goals

DE <= 25.2% (weighted)
One Resolution 3 Day >= 81.5% (weighted)
3 Day Resolve > 80%
Handoff <= 18.7% (weighted)
LOV >= 59.7% (weighted)
AHT <= 1001 seconds (weighted)
Adherence 97%
ACW 120
TechSee >= 18.8% (weighted)

### Manager Review

Comment:  DE: 19.57%
          One Resolution 3 Day: 79.77%
          3 Day Resolve: 75.43%
          Handoff: 29.43%

LOV : 49.64%
AHT: 723
Adherence: 96.63%
ACW: 162
TechSee: 13.6%

# ATTACHMENT 4

Date Filed 2/3/2026 8:28 AM
Superior Court - Suffolk
Docket Number

| OVERALL_REP_RESULT | RESPONSE_DATE | VERBATIM |
|---|---|---|
| 5 | 11/14/23 11:05 | Took the time needed and to explain everything |
| 5 | 11/14/23 12:50 | Answered my questions efficiently generously |
| 5 | 11/14/23 14:22 | She took her time in helping me solve my problem. She was very courteous, and very knowledgeable . |

# ATTACHMENT 5

| OVERALL_REP_RESULT | RESPONSE_DATE | VERBATIM |
|---|---|---|
| 5 | 12/19/23 13:49 | She was able to help |
| 5 | 12/21/23 12:11 | Efficient in doing her job! |
| 5 | 12/21/23 16:19 | Very willing to help |
| 5 | 12/21/23 19:42 | Rosalea was very patient and listened exhaustively to the issues we were having and calmly walked us through the steps in order to get things back in working order. |

# ATTACHMENT 6

OVERALL_RI RESPONSE_DATE VERBATIM

5    1/2/24 13:38 HI IT WAS ONLY IT WAS REALLY REALLY GOOD SHE REALLY INTERESTED IN RESOLVING MY PROBLEM HERE AND GOT EVERYTHING DONE IN A REALLY FAST TIMELY MANNER THANK YOU SO MUCH WAS ARE YOU

5    1/2/24 18:48  Very helpful

5    1/3/24 10:33  Very professional

5    1/3/24 16:14  She explained that an outage was in the area. Hopefully it will be fixed soon.

5    1/3/24 17:07  Was very helpful and kind. Did everything she could to solve the problem.

5    1/8/24 11:45  Very professional! Answer all my questions!

5    1/8/24 14:59  She handle my problem

5    1/10/24 11:41  THE SPELLING IT WAS VERY PLEASANT AND PROFESSIONAL

5    1/17/24 13:41  Understood my problem n helped me. She was the best!

5    1/17/24 14:44  Well expert in her job!

5    1/17/24 15:50  SHES VERY PATIENT AND VERY FRIENDLY VERY PROFESSIONAL IM VERY ACTUALLY ALL YOUR TECHNICIAN IS A VERY GOOD

5    1/18/24 10:38  She listened to what I had to say to understand my problem and try to find a solution.

5    1/22/24 10:43  Patience expertise

5    1/25/24 10:37  She was very knowledgeable about my Wi-Fi connection! She hung in there with me to get it connected. Appreciate her expertise!

5    1/30/24 10:08  Gave all info needed

5    1/30/24 11:34  Did her job efficiently

5    1/30/24 19:49  Although she was unable to help me since she works in technical support and I needed customer service they were closed at the time she still went above and beyond to TRY to assist me using all the resources she had at her disposal. I appreciate her dedication to helping me move closer to a solution for my problem. Thank you again!

# ATTACHMENT 7

OVERALL_RI RESPONSE_DATE VERBATIM

5    2/7/24 18:04  THE LADY THAT I SPOKE TO HAD THE ANSWERS TO ALL OF MY QUESTION AND SHE REALLY GAVE ME THE INFORMATION THAT I NEED AND I WAS TO BILL WITH THE KNOWLEDGE THAT SHE HAD AND WHAT I NEEDED AND AND THE RESPECT AND PROFESSIONALISM THAT SHE PERFORMED AND GIVEN ME THE INFORMATION THAT I NEED THANK YOU

5    2/12/24 10:35  Helped me get into my account

5    2/12/24 11:45  SHE UNDERSTOOD MY SITUATION SHE WAS VERY PROFESSIONAL ALMOST OF CALLING ME SHE WAS VERY COURTEOUS

5    2/13/24 9:11  Friendly, able to help me reschedule installation appointment quickly and easily

5    2/13/24 9:13  Like Rosalea train all your other employees, I made a couple phone calls this weekend with the same problem, and no one could give me the solution and the answers that Rosalie was able to do.

5    2/13/24 9:39  He was very helpful

5    2/13/24 18:01  She stayed on the line with me until the problem was resolved. Thank you!!

5    2/16/24 16:57  Patient, listened to me and the problem and had me in a service call tomorrow

5    2/20/24 15:55  WAS SALLY IT WASNT VERY FAST AND SHE GOT ME THE SERVICE I NEEDED LITERALLY WITHIN AN I WANT TO SEE UNDER A MINUTE SO SHES GREAT AND I WANT TO SEE HER VOICE OZ NICE THATS ALL I DID TODAY

5    2/20/24 19:39  perfectly efficient

5    2/27/24 14:19  She took her time and explained everything perfectly!

5    2/29/24 14:25  Very thorough.

# ATTACHMENT 8

## O'Neal, Rosalea L

FIBER CUSTOMER SUPT ANALYST

Manager: Tracie Lavoie

Evaluated By: Tracie Lavoie

### 2023 Associate Year-End Review

Organization: Ntwk & Field Ops Control Ctrs (Tracie Lavoie)

Location: 1 Greene St, Providence, RI (RI0031)

11/30/2023 - 12/30/2023

---

## Section 3 - Overall Performance Summary

### Manager Overall Review

| | |
|---|---|
| Rating: | Improvement Needed |
| Comment: | Rosalea finished 2023 with an overall scorecard of 108.5%. Rosies strengths lie in her technical abilities. Rosie utilizes the Wizard and goes above and beyond troubleshooting with the customer. This is evident in her DE rate of 20.22%. While Rosie did not meet the TechSee target, I have full confidence that if Rosie applies herself to offer it at the beginning of every call, she will meet the target rate in 2022. |

Areas of opportunity going forward into 2024 are 3 Day Resolve, 5 Star, Handoff, TechSee Adherence, ACW and LOV. Finishing the call strong by recapping, verifying that all of the customers' issues are resolved and providing Verizon's self-help digital options to the customer on the phone will help Rosie to meet the 3 Day Resolve target. Rosie met her View Together target for the last 3 months of the year. I have full confidents that if Rosie continues to make sure that the customer completes View Together before the end of the call, she will make this target in 2024. Making sure to return from breaks and lunches on time, minimizing personal time and aux log in will help Rosie to reach her adherence target. Avoiding non-productive ACW will help Rosie to meet her ACW targets.

Rosie's rating of improvement needed is due to a Code of Conduct violation. Rosie tries to live the credo every day with her commitment to understanding our customer's needs. She treats her peers with the utmost respect and dignity. She always maintains a safe work environment. Rosie is a pleasure to work with and I look forward to working with her in 2024.

---

## Acknowledgement

### Manager

| | | | |
|---|---|---|---|
| Entered by: | Tracie Lavoie | Date: | 02/08/2024 |
| Status: | Acknowledge | | |
| Comment: | | | |

### Employee

| | | | |
|---|---|---|---|
| Entered by: | Tracie Lavoie | Date: | 02/08/2024 |
| Status: | Acknowledge | | |
| Comment: | Employee declined to acknowledge | | |

---

## Section 1 - Compliance

# Equal Employee Opportunity / Inclusion

Understands and fully supports Verizon's commitment to ensuring equality in employment opportunities and maintaining a work environment free of unlawful discrimination. Values and respects the differences of coworkers, customers, suppliers and community partners. Supports and maintains an ethical and

professional work environment where fellow employees and vendors are treated with respect, dignity, honesty, fairness and integrity.

Manager Review

Rating:        Meets Requirements

# Ethics

Acts with integrity and conforms to ethical standards in all business situations, with full awareness of the Code of Conduct.

Manager Review

Rating:        Does Not Meet Requirements

# Safety

Works safely in accordance with Company practices, demonstrates behavior that focuses on safety as an integral part of the work process, and accepts accountability for use of appropriate tools, equipment, methods, and procedures in performing assigned work functions.

Manager Review

Rating:        Meets Requirements

# Attendance and Punctuality

Report to work on each scheduled work day at the scheduled start time. Comply with established Company standards for attendance and punctuality according to the applicable Attendance and Tardiness Plan(s) or Policy.

Manager Review

Rating:        Meets Requirements

## Section 2 - Performance Goals

### 2023 Performance Goals

DE <= 25.2% (weighted)
One Resolution 3 Day >= 81.5% (weighted)
3 Day Resolve > 80%
Handoff <= 18.7% (weighted)

LOV >= 59.7% (weighted)
AHT <= 1001 seconds (weighted)
Adherence 97%
ACW 120
TechSee >= 18.8% (weighted)

**Manager Review**

Comment:    DE = 20.22%
3 Day Resolve = 75.21%
Handoff = 28.66%
LOV = 54.11%.
AHT = 737 seconds
Adherence 96.39%
ACW 163
TechSee = 13.31%

# ATTACHMENT 9

OVERALL_RI RESPONSE_DATE VERBATIM

| | | |
|---|---|---|
| 5 | 3/1/24 17:47 | Solved the problem, was polite and seemed to care |
| 5 | 3/6/24 12:04 | SHE LET ME THROUGH THE INFORMATION AND I GOT MY SATISFACTION VERY EASILY |
| 5 | 3/6/24 13:04 | Rebooted my router. Gave instructions on how and how often to reboot router and extender. |
| 5 | 3/6/24 15:32 | SHE WAS VERY PLEASANT AND HELPFUL AND KIND AND HELPED ME FIGURE OUT HOW TO GET EVERYTHING SIX HI I APPRECIATE HER COURTEOUS SEE AND HER KINDNESS AND HER INFORMATION THANK YOU |
| 5 | 3/7/24 20:56 | Helped to solve the problem |
| 5 | 3/8/24 11:22 | She was very nice and explained what I needed to know. The automated system though could use a lot of improvement |
| 5 | 3/13/24 9:29 | Her knowledge and professionalism was outstanding. |
| 5 | 3/13/24 18:05 | Her knowledge |
| 5 | 3/14/24 9:00 | SHE WAS VERY PATIENT AND VERY POLITE AND IM AN OLDER PERSON SO I SHOULD TOOK THE TIME TO EXPLAIN TO ME EVERYTHING AND ITS JUST GIVE ME I HAVE PERSON HOW TO DO VERY MUCH |
| 5 | 3/15/24 11:56 | Very knowledgeable |
| 5 | 3/16/24 11:43 | She was extremely patient which I really appreciated. Also very professional calm. |
| 5 | 3/16/24 13:16 | Everything. Get more just like her |
| 5 | 3/21/24 9:27 | She was courteous and professional |
| 5 | 3/25/24 19:54 | She was very helpful and patient and quickly fixed my problem |
| 5 | 3/28/24 10:18 | Knowledge, Patience |

Date Filed 2/3/2026 8:28 AM
Superior Court - Suffolk
Docket Number

# ATTACHMENT 10

| OVERALL_RE | RESPONSE_DATE | VERBATIM |
| --- | --- | --- |
| 5 | 4/4/24 9:12 | She understood the problem, have me info that I didnt have and set up an appointment to change equipment. She was also very nice to work with. |
| 5 | 4/5/24 8:30 | IT WAS A YEAR MEANT DAY AND GOT MY PROBLEM SOLVED A TECHNICIAN TO COME OUT |
| 5 | 4/5/24 13:53 | She didnt make a start over from the beginning |
| 5 | 4/9/24 13:28 | Knowledge efficient. |
| 5 | 4/9/24 15:31 | Answer call quickly and resolve my issue quickly |
| 5 | 4/12/24 17:07 | Her concern for my problem |
| 5 | 4/18/24 19:50 | Walked me through the process of troubleshooting my internet |
| 5 | 4/19/24 9:23 | Provided information needed and made needed appointment. |
| 5 | 4/20/24 12:11 | Solved problem first try |
| 5 | 4/24/24 8:12 | She focused and on what I was telling her about their Internet system, she took the time and sprained it to me. That is why she impress me. |
| 5 | 4/30/24 15:36 | She listened to me |

# ATTACHMENT 11

OVERALL_RI RESPONSE_DATE  VERBATIM

| | | |
|---|---|---|
| 5 | 5/1/24 9:20 | SHE WAS EXCELLENT SHE WAS VERY PATIENT WITH ME SHE WAS VERY GOOD YOU PAY IT IS AND WAIT TAKING ME THROUGH ALL THE STEPS JUST A FANTASTIC SERVICE REP |
| 5 | 5/2/24 11:23 | Very knowledgeable |
| 5 | 5/2/24 14:03 | HE HELPED ME WAS EMERGENCY PROBLEM ON I HAD THE BOX |
| 5 | 5/3/24 8:55 | She went through every step to try and fix the issue. |
| 5 | 5/3/24 10:28 | Everything , she was great |
| 5 | 5/7/24 9:21 | She was professional. Efficient, good communicator, respectful of my time and very nice |
| 5 | 5/9/24 12:25 | Very knowledgeable. Understood my situation and notified the appropriate units. They should respond within 48 hrs. |
| 5 | 5/15/24 8:56 | She was pleasant and knowledgeable. |
| 5 | 5/16/24 19:29 | Kind, patient, thorough and professional |
| 5 | 5/18/24 8:20 | Very kind |
| 5 | 5/23/24 9:41 | Put us on the right direction |
| 5 | 5/23/24 18:36 | Very helpful and patient |
| 5 | 5/23/24 18:37 | She is so smart. She does what to do with tv |
| 5 | 5/24/24 16:16 | She knew the answer |
| 5 | 5/25/24 10:18 | She was friendly and professional |
| 5 | 5/25/24 13:50 | Very pleasant and professional took care of my problem immediately!Thank you very much |
| 5 | 5/28/24 16:16 | She listened and quickly started problem solving.was patient and informative and eager to help |
| 5 | 5/29/24 9:39 | Efficient and patient |
| 5 | 5/29/24 11:00 | Explained things in details and listened and responded to all my questions |
| 5 | 5/30/24 10:31 | Listened to my problem and took care of business |

# ATTACHMENT 12

OVERALL_RI RESPONSE_DATE VERBATIM

| | | |
|---|---|---|
| 5 | 6/4/24 12:15 | Very knowledgeable, patient and very thorough. Did not stop until all problems were resolved |
| 5 | 6/5/24 13:55 | Just helpful |
| 5 | 6/6/24 11:21 | She came up with a resolution to figure out the problem with my router and internet and she filed for a tech to come out tomorrow and fix my technical issues |
| 5 | 6/14/24 10:19 | Clear explanations |
| 5 | 6/14/24 12:55 | Rosalea has a great customer service and professionalism. Excellent! Thnk you! |
| 5 | 6/19/24 10:12 | Fix issues initially |
| 5 | 6/19/24 18:47 | Customer service |
| 5 | 6/20/24 8:56 | Her patience |
| 5 | 6/20/24 18:21 | Patient, thorough, helpful |
| 5 | 6/28/24 9:43 | She took the time to try and resolve the problem, unfortunately unsuccessfully. She arranged for a technician to come tomorrow. |
| 5 | 6/28/24 10:34 | Quickly addressed the issue |
| 5 | 6/28/24 19:05 | Complete my request quickly |
| 5 | 6/29/24 9:45 | She tried to reset our setbox twice and then explained that we need to upgrade both of our setboxes. She offered an appointment or mailing two new setboxes. Very knowledgeable, helpful and pleasant. |

# ATTACHMENT 13

| OVERALL_REP_RESULT | RESPONSE_DATE | VERBATIM |
|---|---|---|
| 5 | 7/10/24 17:41 | She was able to resolve issue quickly. |
| 5 | 7/11/24 12:05 | Worked with us patiently to resolve a problem |
| 5 | 7/15/24 13:55 | It took her about 2min to solve my problem |
| 5 | 7/16/24 17:35 | She knew what she was doing |
| 5 | 7/25/24 12:32 | Listened to me and provided a helpful answer |
| 5 | 7/29/24 10:45 | Personable and knowledgeable |
| 5 | 7/29/24 15:16 | Patient and didnt interrupt me when I was speaking. |

# ATTACHMENT 14

## O'Neal, Rosalea L

FIBER CUSTOMER SUPT ANALYST

Manager: Tracie Lavoie

Evaluated By: Tracie Lavoie

### 2024 Associate Mid-Year Review

Organization: Ntwk & Field Ops Control Ctrs (Tracie Lavoie)

Location: 1 Greene St, Providence, RI (RI0031)

06/24/2024 - 07/31/2024

---

## Section 3 - Overall Performance Summary

### Manager Overall Review

Comment:    At midyear Rosaleas overall scorecard is 94.13%.  Rosies strengths lie in her technical abilities. Rosie utilizes the Wizard and goes above and beyond troubleshooting with the customer.  This is evident in her DE rate of 20.59%. Awesome job of making sure that the customer always gets their ticket information.  Your View Together result is 80.67%

Areas of opportunity going forward into 2024 are 3 Day Resolve, 5 Star, Handoff, TechSee, Adherence and ACW.  Finishing the call strong by recapping, verifying that all of the customers' issues are resolved and providing Verizon's self-help digital options to the customer on the phone will help Rosie to meet her 3 Day Resolve target. Acknowledging, reassuring and empathizing with the customer at the very beginning of the call, will make the customer feel like they are being listened to.  This could also make the customer feel that WE (Verizon) are genuinely happy to provide them service, driving that 5 Star VXS Overall Rep success.   Offering TechSee at the beginning of the and utilizing TechSee on applicable calls will bring you closer to your TechSee targets.  Utilizing the OBI flow to assist with answering billing questions and continuing to participate in the OPO Refer Up program will help you to meet your Handoff target.  You generated $4,500 in Refer Up revenue year to date.  Keep up the good work!

Making sure to return from breaks and lunches on time, minimizing personal time and aux log in will help Rosie to reach her adherence target.  Avoiding non-productive ACW will help Rosie to meet her ACW targets.

Rosie tries to live credo every day with her commitment to understand our customer's needs. She treats her peers with the utmost respect and dignity. She always maintains a safe work environment. Rosie is a pleasure to work with and I look forward to working with her in 2024.

---

## Acknowledgement

### Manager

| | | | |
|---|---|---|---|
| Entered by: | Tracie Lavoie | Date: | 07/10/2024 |
| Status: | Acknowledge | | |
| Comment: | | | |

### Employee

| | | |
|---|---|---|
| Entered by: | | Date: |
| Status: | | |
| Comment: | | |

---

## Section 1 - Compliance

# Equal Employee Opportunity / Inclusion

Understands and fully supports Verizon's commitment to ensuring equality in employment opportunities

and maintaining a work environment free of unlawful discrimination. Values and respects the differences of coworkers, customers, suppliers and community partners. Supports and maintains an ethical and professional work environment where fellow employees and vendors are treated with respect, dignity, honesty, fairness and integrity.

# Ethics

Acts with integrity and conforms to ethical standards in all business situations, with full awareness of the Code of Conduct.

# Safety

Works safely in accordance with Company practices, demonstrates behavior that focuses on safety as an integral part of the work process, and accepts accountability for use of appropriate tools, equipment, methods, and procedures in performing assigned work functions.

# Attendance and Punctuality

Report to work on each scheduled work day at the scheduled start time. Comply with established Company standards for attendance and punctuality according to the applicable Attendance and Tardiness Plan(s) or Policy.

## Section 2 - Performance Goals

3 Day Resolve >/= 79.9%.
DE </= 22.7%
VXS Overall Rep Success >/= 91%.
Handoff </= 18.2%
Virtual Assistance >/= 22.8%.

3 Day Resolve Customer focused call resolution measure that considers the journey of the calls, handoff and messaging across the entire environment.
DE = (Dispatch + (Dropship* .15))/ Eligible trouble reporting's (Fiber and Copper Combined)
VXS Overall Rep Success = Percent of Overall Rep Success surveys scored as a 5
Handoff = Percent of calls handed off (excludes Fulfillment calls)
Virtual Assistance = 22.8% Percent of eligible tickets in which virtual assistant was utilized

Manager Review

Comment:

# ATTACHMENT 15

| OVERALL_RE | RESPONSE_DATE | VERBATIM |
|---|---|---|
| 5 | 8/5/24 17:21 | Spoke well easily solved issue. |
| 5 | 8/6/24 12:07 | Very Patient and professional |
| 5 | 8/7/24 9:59 | Very efficient. Smart. Dedicated |
| 5 | 8/8/24 9:27 | Both were very patient and helping to resolve my issues. |
| 5 | 8/9/24 14:12 | She was patient and very professional |
| 5 | 8/20/24 14:12 | Attentive |
| 5 | 8/29/24 13:03 | She was very patient and understanding, and use her magic to fix my problem |

# ATTACHMENT 16

OVERALL_RI RESPONSE_DATE  VERBATIM

| 5 | 9/4/24 16:42 | Rosalea listened to our issue, determined a fix, and concluded with a resolution! |
| 5 | 9/9/24 13:04 | Stayed on w ne throughout entire install. |
| 5 | 9/16/24 10:33 | Answered all questions, very informative, patient and professional |
| 5 | 9/16/24 13:06 | Solved the issue remotely |
| 5 | 9/18/24 11:08 | Patient and knowledgeable |
| 5 | 9/18/24 12:42 | Smile |
| 5 | 9/20/24 9:54 | She was very helpful and courteous. |
| 5 | 9/25/24 15:37 | Walked me thru fixing the issue |
| 5 | 9/26/24 10:59 | She was polite, professional, and efficient |

# ATTACHMENT 17

OVERALL_R| RESPONSE_DATE VERBATIM

| | | |
|---|---|---|
| 5 | 10/2/24 11:58 | Very patient and professional while she walked me through the process |
| 5 | 10/5/24 11:31 | Very familiar with her work which makes it easier for the both of us to fix |
| 5 | 10/5/24 12:54 | Faster recovery time |
| 5 | 10/7/24 11:42 | Attentive and nice |
| 5 | 10/8/24 14:35 | Knowledgeable to my problem |
| 5 | 10/10/24 11:40 | She was very professional and easy to understand. Well done! |
| 5 | 10/14/24 15:01 | FOR TWO THOUSAND THE REPRESENTATIVE WAS VERY PATIENT VERY KIND PATIENCE IS REALLY A BLESSING SO HE GETS A HUNDRED AND TEN ON THAT |
| 5 | 10/18/24 11:02 | She was professional and explained everything to me. She was pleasant friendly and I felt like all will go well with my order changes. |
| 5 | 10/18/24 11:02 | Her instructions were clear and considerate |
| 5 | 10/18/24 13:27 | Professional, helpful and knowledgeable, Rosalea was excellent in every way. She deserves a promotion and a raise. |
| 5 | 10/18/24 16:59 | Patiently navigated to the solution. She was very pleasant and accommodating! |
| 5 | 10/21/24 11:01 | She listened |
| 5 | 10/23/24 9:52 | She knew what she was talking about I hope the fix lasts |
| 5 | 10/23/24 13:27 | Her skill at handling my situation to completion |
| 5 | 10/24/24 10:58 | Very respectful to the issue and listen to my issues. |
| 5 | 10/24/24 13:51 | Very knowledgeable |
| 5 | 10/25/24 15:54 | She has a very good personality |
| 5 | 10/29/24 13:02 | She was awesome, she took it slow and easy and was very knowledgeable about your product, the set top box I just received from Verizon for my tv was an old model but she got it working and then worked to get the remote working. You need to give that employee a bonus, kudos to Rosalea |
| 5 | 10/31/24 11:25 | Willing to answer my inquires find resolutions to my issues. Very pleasantDuring our phone conversation |

# ATTACHMENT 18

| OVERALL_RI | RESPONSE_DATE | VERBATIM |
|---|---|---|
| 5 | 11/1/24 10:27 | Knowledge and her patience |
| 5 | 11/5/24 19:30 | Polite, patient, informed and knowledgeable- superb! |
| 5 | 11/8/24 13:54 | She was so helpful and walked me through everything. |
| 5 | 11/8/24 18:42 | She continued looking for the problem until she fixed it. She was very polite and explained what she was doing each step of the way. |
| 5 | 11/9/24 9:51 | She continued to work on the issue to try and resolve it. |
| 5 | 11/9/24 16:52 | She identified the problem right away and fixed the issue. |
| 5 | 11/14/24 10:17 | SHE WAS PROFESSIONAL KNOWLEDGEABLE AND VERY HELPFUL |
| 5 | 11/14/24 11:20 | Found solutions and good communication |
| 5 | 11/15/24 12:04 | She answered all the questions, she was professional, and very friendly. |
| 5 | 11/19/24 10:49 | Very helpful, very professional, empathetic |
| 5 | 11/20/24 18:46 | Quick |
| 5 | 11/23/24 17:41 | Fix the issue with the cable box. |
| 5 | 11/26/24 10:00 | she knew what she was talking about |
| 5 | 11/26/24 10:08 | Patience knowledge and willingness to resolve my issue in a timely and professional manner |
| 5 | 11/27/24 14:13 | Very friendly, professional, very informative. |
| 5 | 11/30/24 10:09 | Very informative, very polite |

# ATTACHMENT 19

OVERALL_RI RESPONSE_DATE VERBATIM

| | | |
|---|---|---|
| 5 | 12/2/24 10:48 | she addressed my concern and fix the issue |
| 5 | 12/3/24 10:44 | Very kind and accomodating |
| 5 | 12/3/24 16:20 | Very personable, kind, patient, smart! |
| 5 | 12/4/24 17:22 | She knew exactly what to do and did it quickly. And she didnt mind my asking questions |
| 5 | 12/5/24 15:49 | Everything very clear |
| 5 | 12/11/24 9:57 | She was very concise with her directions. It made it very easy to understand what we needed to do to connect the internet. |
| 5 | 12/11/24 14:37 | Very knowledgeable, patient and courteous |
| 5 | 12/11/24 15:28 | Knowledgeable, Friendly |
| 5 | 12/13/24 9:49 | She knew her stuff and found a replacement cable box for my defective one. However, the rep I spoke to three days earlier apparently put in a replacement order that never got filled. |
| 3 | 12/26/24 16:33 | Rosales was clearly knowledgeable, but her frustration revealed itself as the call went on, she became more curt. For verizon, the installation process if it goes without a hitch is probably easy, mine was not |

# ATTACHMENT 20

OVERALL_RI RESPONSE_DATE VERBATIM

| | | |
|---|---|---|
| 5 | 1/3/25 14:02 | Listened intently, spoke English well, was focused on a resolution |
| 4 | 1/3/25 16:45 | She was good |
| 5 | 1/4/25 10:34 | Patience, relatability, resolved my issue. Terrific experience |
| 5 | 1/4/25 16:12 | Made every effort to correct our problems including call us back as she said she would.Solved all the issues |
| 5 | 1/10/25 17:36 | She was listened well, was courteous, clear, and thorough. It was a pleasant customer service experience. |
| 5 | 1/16/25 17:40 | Patience |
| 5 | 1/20/25 17:21 | Very knowledgeable Very patient Very personable Fixed the problem |
| 5 | 1/21/25 16:59 | Very pleasant, professional, efficient. Seemed very able to meet my requests information asked . |
| 5 | 1/22/25 13:56 | Rosalea was able to quickly help me gain access to the online business portal without any issue |
| 5 | 1/23/25 12:19 | Fixed my problem |
| 5 | 1/24/25 14:54 | Listened, understood the issue and worked to learn the root cause and then to convey the expectation for service recovery. She was friendly, respectful and came across committed to my being satisfied and informed. A pleasure to work with. |
| 5 | 1/28/25 13:06 | Delta patiently with two old folks who have little understanding of how things work. |
| 5 | 1/30/25 11:16 | Very knowledgeable and patient. |
| 5 | 1/30/25 13:36 | Went through different problem solving strategies. |

# ATTACHMENT 21

| OVERALL_RI | RESPONSE_DATE | VERBATIM |
|---|---|---|
| 5 | 2/3/25 16:29 | She was patient, kind and knowledgeable |
| 5 | 2/3/25 16:32 | knowledge of the problem |
| 5 | 2/6/25 11:41 | She was very knowledgeable, patient, very polite |
| 5 | 2/7/25 9:51 | Quick response |
| 5 | 2/7/25 17:13 | Very professional and knew what she was talking about |
| 5 | 2/13/25 11:00 | She was very patient with me, explained very well, and had a pleasant voice. |
| 5 | 2/14/25 10:41 | Was patient in assisting me and tried all options to repair issue |
| 5 | 2/15/25 11:53 | Very Professional |
| 5 | 2/15/25 11:57 | SHE PROMPTLY AND POLITELY HELP ME WITH MY PROBLEM |
| 5 | 2/17/25 11:46 | She helped with the issue |
| 5 | 2/18/25 10:44 | Very knowledgeable |
| 5 | 2/18/25 11:58 | Very kind helpful |
| 5 | 2/18/25 19:01 | She checked all systems, explained what she was doing, what I should do and was very polite the whole time. |
| 5 | 2/19/25 16:45 | She was very patient and easy to understand. Tried hard to fix problem internally and then hopefully solved issue by sending new box. |
| 5 | 2/21/25 15:03 | She was very helpful |
| 5 | 2/22/25 9:51 | She was very patient and fixed my remote |
| 5 | 2/27/25 14:34 | She checked for every possible problem before scheduling for a technician to come to work on my system. Thanks |

# ATTACHMENT 22

## O'Neal, Rosalea L

FIBER CUSTOMER SUPT ANALYST

Manager: Tracie Lavoie

Evaluated By: Tracie Lavoie

### 2024 Associate Year-End Review

Organization: Ntwk & Field Ops Control Ctrs (Tracie Lavoie)

Location: 1 Greene St, Providence, RI (RI0031)

11/30/2024 - 12/30/2024

## Section 3 - Overall Performance Summary

### Manager Overall Review

| | |
|---|---|
| Rating: | Improvement Needed |
| Comment: | At year end Rosie's overall scorecard is 94.51%. Rosie's strength lies in her ability to solve the customers issue without dispatching a technician. This is evident in her DE result of 20.61%. Rosie is also very conscious of the customers time. This is evident in her Average Handling time of 723. Rosie also makes sure that her customers have a successful post solution experience. This is evident in her View Together result of 81.98%. Thank you for all that you do Rosie. |

Areas of opportunity going forward into 2025 are 3 Day Resolve, VXS, Handoffs, Virtual Assistant, ACW and LPR Adherence. Asking the customer before ending the call, if there is anything else that we can help with and providing the customer with digital options may help Rosie to reach her 3 Day Resolve. Acknowledging, reassuring and empathizing with the customer at the very beginning of the call, will make the customer feel like they are being listened to. This could also make the customer feel that WE (Verizon) are genuinely happy to provide them service, driving that VXS Overall Rep success. Utilizing the OBI flow and participating in the OPO Referral program will help Rosie to meet her Handoff targets. Sending out the link and educating the customer of the benefits of using TechSee will help Rosie to meet her Virtual Assistant target. Avoiding unproductive ACW as well as making sure that any and all work that needs to be done is finished before ending the call will help Rosie to meet her ACW target. Minimizing personal time will help Rosie to meet her LPR Adherence target.

Rosie acts with integrity and conforms to ethical standards in all business situations, with full awareness of the Code of Conduct. She interacts with others in a professional manner, acts respectfully and maintains a safe work environment. Rosie is a pleasure to work with and I look forward to watching Rosie's improvement in the upcoming year.

## Acknowledgement

### Manager

| | | | |
|---|---|---|---|
| Entered by: | Tracie Lavoie | Date: | 02/04/2025 |
| Status: | Acknowledge | | |
| Comment: | | | |

### Employee

| | | |
|---|---|---|
| Entered by: | | Date: |
| Status: | | |
| Comment: | | |

## Section 1 - Compliance

# Equal Employee Opportunity / Inclusion

Understands and fully supports Verizon's commitment to ensuring equality in employment opportunities

and maintaining a work environment free of unlawful discrimination. Values and respects the differences of coworkers, customers, suppliers and community partners. Supports and maintains an ethical and professional work environment where fellow employees and vendors are treated with respect, dignity, honesty, fairness and integrity.

Manager Review

Rating:        **Meets Requirements**

# Ethics

Acts with integrity and conforms to ethical standards in all business situations, with full awareness of the Code of Conduct.

Manager Review

Rating:        **Meets Requirements**

# Safety

Works safely in accordance with Company practices, demonstrates behavior that focuses on safety as an integral part of the work process, and accepts accountability for use of appropriate tools, equipment, methods, and procedures in performing assigned work functions.

Manager Review

Rating:        **Meets Requirements**

# Attendance and Punctuality

Report to work on each scheduled work day at the scheduled start time. Comply with established Company standards for attendance and punctuality according to the applicable Attendance and Tardiness Plan(s) or Policy.

Manager Review

Rating:        **Meets Requirements**

## Section 2 - Performance Goals

3 Day Resolve >/= 79.9%.
DE </= 22.7%
VXS Overall Rep Success >/= 91%.

Handoff </= 18.2%

Virtual Assistance >/= 22.8%.

3 Day Resolve Customer focused call resolution measure that considers the journey of the calls, handoff and messaging across the entire environment.

DE = (Dispatch + (Dropship* .15))/ Eligible trouble reporting's (Fiber and Copper Combined)

VXS Overall Rep Success = Percent of Overall Rep Success surveys scored as a 5

Handoff = Percent of calls handed off (excludes Fulfillment calls)

Virtual Assistance = 22.8% Percent of eligible tickets in which virtual assistant was utilized

Manager Review

Comment:

# ATTACHMENT 23

OVERALL_R RESPONSE_DATE VERBATIM

| | | |
|---|---|---|
| 5 | 3/3/25 13:34 | After responding to my questions, we had friendly chat about weather in our hometown. |
| 5 | 3/4/25 13:37 | She listened, was unable to correct but sent it to the people for the next step |
| 5 | 3/5/25 11:09 | Fix the problem. |
| 5 | 3/5/25 11:38 | Very patient and clear |
| 5 | 3/8/25 10:43 | Patiently worked with me |
| 5 | 3/8/25 15:12 | Friendly |
| 5 | 3/12/25 13:13 | Very patient and helpful |
| 5 | 3/14/25 11:16 | Over all knowledge to assist me |
| 5 | 3/14/25 15:31 | Everything |
| 5 | 3/17/25 11:29 | SHE WAS VERY HELPFUL WITH ME WITH MY TV CABLE SYSTEM HERE OVERLY HELPFUL AS ALL I COULD SAY SHE WAS VERY KIND VERY VERY VERY HELPFUL HELPFUL AND TELLING ME WHAT TO DO AND JUST TAKE ME THROUGH EVERYTHING I THOUGHT I COULD SAY AND SHE WAS A WONDERFUL CONVERSATION WITH HER SO LIKE I SAY THANKS GUYS FOR HELPING ME OUT BY |
| 5 | 3/20/25 11:05 | Pleasant patient helpful |
| 5 | 3/20/25 16:14 | She kept me informed along the way during the trouble shooting |

# ATTACHMENT 24

| OVERALL_RI | RESPONSE_DATE | VERBATIM |
|---|---|---|
| 5 | 4/3/25 15:47 | Pleasant and knowledgeable |
| 5 | 4/4/25 11:31 | t my situation and she was very nice and friendly too!I am grat |
| 5 | 4/4/25 16:29 | Listened, acted on my concern, explained what she had learned, and laid out a plan of action if her efforts to correct the problem didnt solve it. |
| 5 | 4/8/25 11:50 | She was clear and helpful. Getting to speak with an agent was difficult and took a very long time |
| 5 | 4/8/25 15:47 | Patient, informative, helpful, friendly! |
| 5 | 4/9/25 15:44 | Fixed my issue. |
| 5 | 4/10/25 9:34 | Make it a little easier to get a problem solved and get people who speak better English |
| 5 | 4/10/25 10:37 | Stayed calm and professional, although I might not have been. |
| 5 | 4/12/25 9:53 | She worked hard to resolve my problem and troubleshot a few potential reasons. |
| 5 | 4/15/25 8:59 | Her patience and her understanding of my problem |
| 5 | 4/15/25 9:55 | She understood my problem and took prompt steps to schedule a repair order and explained everything in detail |
| 5 | 4/16/25 11:47 | She resolved my issue and was pleasant to speak with. |
| 5 | 4/22/25 13:41 | She listened to my explanation of the problems I was having with my DVR and worked with me to resolve them |
| 5 | 4/23/25 11:26 | She solved my technical problem re TV |
| 5 | 4/23/25 16:44 | Listening and understanding a 70 year with no computer skills lol RosaleaCommunication was excellent |

# ATTACHMENT 25

| OVERALL_RI | RESPONSE_DATE | VERBATIM |
|---|---|---|
| 5 | 5/7/25 17:56 | She was patient with me |
| 5 | 5/8/25 10:12 | She was so gracious and knew helped instantly! |
| 5 | 5/10/25 14:04 | Knowledgeable |
| 5 | 5/13/25 10:35 | She answered my questions |
| 5 | 5/14/25 14:24 | Patient, courteous, knowledgeable |
| 5 | 5/16/25 10:57 | Make it easier to speak with an actual person |
| 5 | 5/21/25 9:19 | uperstar |
| 5 | 5/23/25 9:19 | She was patient and informative. Walked me thru everything |
| 5 | 5/23/25 10:29 | Very efficient |
| 5 | 5/28/25 15:01 | Knowledge |

# ATTACHMENT 26

Sedgwick Claims Management Services, Inc.
PO Box 14192
Lexington, KY 40512-4192

**verizon**

May 19, 2025

Rosalea L O'Neal
22 Chestnut Ave
Jamaica Plain, MA 02130

RE:    Verizon
Notice of Eligibility and Rights & Responsibilities
Claim Number: C50517068070002ORZ

## Important information regarding your leave request

As a Verizon provider, Sedgwick is here to help during your time away from work. We received your request for a leave beginning on 05/17/2025 for your own serious health condition.

## What you need to know.

### Leave Request Eligibility
We've determined that:

- You are currently eligible for job-protected leave under the Family and Medical Leave Act (FMLA) after reading the attached FMLA Rights and Responsibilities document.

- You are currently eligible for job-protected leave under the Massachusetts Paid Family and Medical Leave. Any leave covered under Massachusetts Paid Family and Medical Leave will not be the same time as FMLA leave, if the law allows.

We've enclosed information about your Rights and Responsibilities under the FMLA and Massachusetts Paid Family and Medical Leave leave law for your records.

Note that you may apply for leave on an intermittent basis or reduced schedule basis.

If approved, your FMLA leave:
- Will be counted against your 12 weeks per calendar year allotment
- Will be counted against your Federal Family and Medical Leave entitlement
- May run concurrent with any period of applicable leave
- May require recertification if you demonstrate a pattern of intermittent leave for a health condition which

Sedgwick Claims Management Services, Inc.
PO Box 14192
Lexington, KY 40512-4192



July 10, 2025

Rosalea L O'Neal
72 Chestnut Ave
Jamaica Plain, MA  02130

Re:    **Verizon**
       **Massachusetts Paid Family and Medical Leave (MA PFML) Benefits**
       **Claim Number:  C507100680700143TC**

## We have approved your leave

---

Hello Rosalea:

You requested leave your own serious health condition

You have been approved to received Massachusetts Paid Family and Medical Leave (MA PFML) from June 8, 2025 through June 12, 2025. Your MA PFML benefit payments begin after the required 7 day waiting period ending on 06/14/2025

*Insurance coverages are underwritten by Hartford Life and Accident Insurance Company.  Sedgwick Claims Management Services, Inc. is a third-party administrator providing claims services for Hartford Life and Accident Insurance Company.*

**Family and Medical Leave**
You are approved for the following under the Family and Medical Leave Act (FMLA) and/or state leave:
- Federal Family and Medical Leave Act (FMLA) from June 8, 2025 through June 12, 2025. Your absences under this leave will be counted against your FMLA entitlement.
- Massachusetts Paid Family and Medical Leave from June 8, 2025 through June 12, 2025. Your absences under this leave will be counted against your Massachusetts Paid Family and Medical Leave entitlement.

This absence will not be subject to the provisions of the established attendance plan and practices in your area, unless it exceeds the duration of your remaining FMLA/state leave entitlement or if there is a change in your eligibility prior to your first day absent.

The certification allows for the following frequency and duration:

**Phone**: 800-638-4228    **Fax**:  859-264-4384    **Email**: myclaimdocs@sedgwick.com    **Web**: www.claimlookup.com/VZ

ims.mysedgwick.com     +     :D

# verizon

☰  👤 **Rosalea**     🏠     ✉     ⚙     Log ou

## Helpful resources

**Sort by**

**CLAIM: State Disability (Ma) - C533148607000101**

**STATUS:** Open - Approved

**BEGIN DATE:** 6/13/2025

**Actions**

**CLAIM: State Disability (Ma) - C533145056000101**

**STATUS:** Open - Approved

**BEGIN DATE:** 5/17/2025

**Actions**

# ATTACHMENT 27



☰   👤 Rosalea    🏠   ✉   ⚙   Log out

**Helpful resources**

↑ **Sort by**

CLAIM: **State Disability (Ma) - C533148607000101**
STATUS: Open - Approved
BEGIN DATE: 6/13/2025
**Actions**

CLAIM: **State Disability (Ma) - C533145056000101**
STATUS: Open - Approved
BEGIN DATE: 5/17/2025
**Actions**

CLAIM: **Ma Paid Leave - C433148121000101**
STATUS: Closed - Closed
BEGIN DATE: 6/12/2024
**Actions**

CLAIM: **Ma Paid Leave - C333143777000101**
STATUS: Closed - Closed
BEGIN DATE: 6/16/2023
**Actions**

Payments ⌄

tifications ⌄

# ATTACHMENT 28



# ATTACHMENT 29

Date Filed 2/3/2026 8:28 AM
Superior Court - Suffolk
Docket Number







# ATTACHMENT 30



**DFML**

**MA** Department of
Family and Medical Leave
P.O. Box 838, Lawrence, MA 01842



**Rosalea Oneal**
**72 Chestnut Ave**
**Jamaica Plain, MA 02130-1939**

## Notice of Approval of Application

Date Application filed: **06/20/2025**
RE: **Rosalea Oneal**
Paid Leave Application ID: **NTN-2505495-ABS-01**

07/08/2025

Dear Rosalea Oneal,

**The Department of Family and Medical Leave (DFML) has approved your application.** This decision
was made in accordance with Chapter 175M and 458 CMR 2.00. The frequency and duration of your
leave is indicated below.

| Leave Type | Schedule | Start Date | End Date | Absence Details | Status |
|---|---|---|---|---|---|
| Leave for an illness or injury | Continuous | 05/17/2025 | 08/20/2025 | N/A | Approved |

The maximum preliminary benefit amount that you are eligible for is **$1,170.64 Weekly** based on an
Average Weekly Wage of **$2,495.00** from **VERIZON SERVICES CORPORATION.** Your benefit year is
unique to you and is based on when you take time off through any leave program. Your benefit year
starts the Sunday before your first day of leave and lasts for 52 consecutive weeks. The benefit year
determines your benefit rate, which will stay the same for the entire benefit year even if you file multiple
applications or take different types of leaves. Your benefit rate will only change when you start a new
benefit year.

To learn more about how benefits are calculated, go to www.mass.gov/benefits-calculated. These initial
amounts do not reflect any other reductions, such as tax withholdings or other sources of income. You

# ATTACHMENT 31

# verizon

Ms. Rosalea O'Neal
72 Chestnut Ave
Jamaica Plain, MA 02130

Ms. O'Neal:

This letter is to notify you of your termination of employment with Verizon New England effective today.

Your termination is the result of your failure to comply with the terms of your Final Written Warning dated November 17, 2023.

Christina Cheyne
Sr. Director, Tech Customer Service

CC    IBEW 2323
      NE Labor Relations



← (E) Eddie Blackburn Uni...  ⋮

Tuesday, Jul 1 · 4:53 PM

Hi Rosie.  I just received some awful news, I was just notified Verizon is sending the termination letter out tmrw effective 7/2.

On the important items.  Your current health insurance will be in effect till 7/31. After that you become eligible for cobra,  or it creates an open enrollment event and you can look on MASS health they have a ton of options so you will still have healthcare.

Our current plan is to pursue a grievance then table it let the heat die down and hope Ian other non customer facing job becomes available to try and negotiate a settlement to move you.

I am still on the call with management

# ATTACHMENT 32

**Verizon Services Corp.**
22001 Loudoun County Parkway
Ashburn VA 20147
1-800-932-7947

| Pay Group: | BC - Weekly | | |
|---|---|---|---|
| Pay Begin Date: | 07/03/2025 | | Advice #: 51264768 |
| Pay End Date: | 07/03/2025 | - On-Line Check - | Advice Date: 07/05/2025 |

| Rosalea L. O'Neal | Employee ID: | 1358700 | | TAX DATA: | Federal | MA State |
|---|---|---|---|---|---|---|
| 72 Chestnut Ave | Mail Drop: | H00000000 | | Marital Status: | Single | H-of-H |
| Jamaica Plain MA 02130 | Location: | 1 Greene St | | Allowances: | 0 | 19 |
| | Cycle Rate: | 1770.5 | | Addl. Pct.: | 0 | 0 |
| | | | | Addl. Amt.: | 45 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings | Description | Current Tax | Gross Cur | YTD Tax | YTD Gross |
|---|---|---|---|---|---|---|---|---|---|---|
| **PRIOR PAY PERIOD:** | | | | | | Fed Withholdng | 1,785.01 | 8,113.67 | 6,616.83 | 64,243.44 |
| 07/03/2025-07/03/2025 | | | | | | Fed MED/EE | 117.68 | 8,113.67 | 930.27 | 64,156.30 |
| In Lieu of Vacation | 44.262500 | 188.00 | 8,321.35 | 188.00 | 8,321.35 | Fed OASDI/EE | 503.18 | 8,113.67 | 3,977.69 | 64,156.30 |
| **YTD HISTORY:** | | | | | | MA FLI/EE | 14.98 | 8,321.35 | 120.24 | 68,797.28 |
| Regular Pay | | | | 873.50 | 38,663.32 | MA Withholding | 405.68 | 8,113.67 | 2,558.30 | 64,243.44 |
| OT Paid @ 1.5 | | | | 145.75 | 9,676.89 | MA MLI/EE | | 8,321.35 | | 68,797.28 |
| Corp Profit Share | | | | | 750.00 | | | | | |
| OT Adjustment 50% | | | | | 348.00 | | | | | |
| OT Adjustment 100% | | | | | 34.28 | | | | | |
| Equivalent Time Off | | | | 4.00 | 177.05 | | | | | |
| Excused Day Off | | | | 15.00 | 663.93 | | | | | |
| Holiday | | | | 40.00 | 1,770.50 | | | | | |
| Holiday Worked Pay | | | | 16.00 | 1,062.30 | | | | | |
| Other Paid Absence | | | | 8.00 | 354.09 | | | | | |
| Prior Yr OT Adjustment | | | | | 9.71 | | | | | |
| OT Paid @ 2.0 | | | | 21.75 | 1,925.43 | | | | | |
| Referup Cash Award | | | | | 144.00 | | | | | |
| Short Sickness AP | | | | 24.00 | 1,062.30 | | | | | |
| State Family Leave | | | | | 93.42 | | | | | |
| Stock Together Award | | | | | 458.14 | | | | | |
| Stipend Pay | | | | | 300.00 | | | | | |
| Stock Together Award | | | | | 184.46 | | | | | |
| Vacation | | | | 20.00 | 885.25 | | | | | |
| **Total:** | | | **8,321.35** | | **66,884.42** | **Total:** | **2,826.53** | | **14,203.33** | |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Before-Tax Medical | 207.68 | 2,699.84 | Employee Supl Life | 45.58 | 592.54 | Taxable Grp Life Imptd Inc* | | 58.86 |
| | | | Union Dues | 31.87 | 796.75 | | | |
| | | | Dependent Life - Child | 1.62 | 21.06 | | | |
| | | | Dependent AD&D - Child | 0.44 | 5.72 | | | |
| | | | Traveler's Insurance | | 1,088.46 | | | |
| | | | STP Net Pay Adjustment | | 425.59 | | | |
| **Total:** | **207.68** | **2,699.84** | **Total:** | **79.51** | **2,930.12** | **\*Taxable** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| **Current:** | 8,321.35 | 8,113.67 | 2,826.53 | 287.19 | 5,207.63 |
| **YTD:** | 66,884.42 | 64,243.44 | 14,203.33 | 5,629.98 | 47,051.13 |



# ATTACHMENT 33



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
### ONE ASHBURTON PLACE
### BOSTON, MASSACHUSETTS 02108

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

(617) 727-2200
(617) 727-4765 TTY
www.mass.gov/ago

September 10, 2025

Rosalea Oneal
72 Chestnut Avenue
Jamaica Plain, MA 02130

RE: Verizon

Dear Rosalea Oneal:

Thank you for contacting the Office of the Attorney General's Fair Labor Division.

Workers in Massachusetts have the right to sue their employers for some violations of wage and hour laws. This is called the worker's "private right of action." Workers who win their wage and hour cases in court have a right to collect triple damages, attorneys' fees, and court costs.

The Fair Labor Division receives and reviews thousands of complaints each year and must make difficult decisions about which cases it will pursue on the worker's behalf. We have reviewed your complaint and have decided not to investigate your complaint further. This is not a determination of the merits of your case. It does mean, however, that this Office will not be taking any further action on your complaint. **This is your Private Right of Action Letter.**

You may be able to pursue this matter through a private lawsuit, either on your own or with the assistance of a private attorney. There are strict deadlines for starting a lawsuit. The deadline (statute of limitations) for most wage and hour violations is three years. Workers who miss the deadline will not be able to sue.

**If you need help taking action, you may be interested in seeking free legal assistance at the next Wage Theft Clinic. A flyer with information about the Wage Theft Clinic is included.**

For more information about the Massachusetts Wage and Hour laws and exercising your private right of action, including a list of attorney referral services, please visit the Attorney General's website at www.mass.gov/ago/pra.


Sincerely,
Fair Labor Division
617-727-3465

1306633

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts |
|---|---|---|
| | | The Superior Court |

| PLAINTIFF(S): | ROSALEA O'NEAL | | COUNTY | |
|---|---|---|---|---|
| ADDRESS: | 72 CHESTNUT AVENUE | | Suffolk | |
| | JAMAICA PLAIN, MA 02130 | DEFENDANT(S): | VERIZON SERVICES CORP/. | |
| | | | | |
| ATTORNEY: | SCOTT A. LATHROP | | | |
| ADDRESS: | 176 FITCHBURG ROAD | ADDRESS: | 125 HIGH STREET | |
| | TOWNSEND, MA 01469 | | OLIVER TOWER, 7TH FLOOR | |
| | | | BOSTON, MA 02110 | |
| BBO: | 287820 | | | |

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B22 | EMPLOYMENT DISCRIMINATION | F | [X] YES  [ ] NO |

*"If "Other" please describe:

| Is there a claim under G.L. c. 93A? | Is this a class action under Mass. R. Civ. P. 23? |
|---|---|
| [ ] YES   [X] NO | [ ] YES   [X] NO |

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
    1. Total hospital expenses ........................................................................................................ $_____
    2. Total doctor expenses .......................................................................................................... $_____
    3. Total chiropractic expenses ................................................................................................. $_____
    4. Total physical therapy expenses .......................................................................................... $_____
    5. Total other expenses (describe below) .................................................................................. $_____
                                                                        Subtotal (A): $_____

B. Documented lost wages and compensation to date ........................................................................ $_____
C. Documented property damages to date ........................................................................................ $_____
D. Reasonably anticipated future medical and hospital expenses ........................................................ $_____
E. Reasonably anticipated lost wages ............................................................................................... $_____
F. Other documented items of damages (describe below) .................................................................... $_____

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

                                                                                TOTAL (A-F):$ 50,000+

### CONTRACT CLAIMS
(attach additional sheets as necessary)

[ ] This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):

                                                                          TOTAL: $ 50,000+

Signature of Attorney/ Unrepresented Plaintiff: X _Scott A Lathrop_     Date: 2/3/2026

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X _Scott A Lathrop_     Date: 2/3/2026

| CIVIL TRACKING ORDER<br>(STANDING ORDER 1- 88) | DOCKET NUMBER<br>2684CV00334 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|

| CASE NAME:<br>O'Neal, Rosalea vs. Verizon Services Corp. | John E Powers, III<br>Suffolk County Civil |
|---|---|

| TO: Scott A Lathrop, Esq.<br>176 Fitchburg Rd<br>Townsend, MA 01469 | COURT NAME & ADDRESS<br>Suffolk County Superior Court - Civil<br>Suffolk County Courthouse, 12th Floor<br>Three Pemberton Square<br>Boston, MA 02108 |
|---|---|

### TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

**STAGES OF LITIGATION**                                    **DEADLINE**

|  | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court |  | 05/04/2026 |  |
| Response to the complaint filed (also see MRCP 12) |  | 06/03/2026 |  |
| All motions under MRCP 12, 19, and 20 | 06/03/2026 | 07/03/2026 | 08/03/2026 |
| All motions under MRCP 15 | 06/03/2026 | 07/03/2026 | 08/03/2026 |
| All discovery requests **and depositions** served and non-expert depositions completed | 11/30/2026 |  |  |
| All motions under MRCP 56 | 12/30/2026 | 01/29/2027 |  |
| Final pre-trial conference held and/or firm trial date set |  |  | 06/01/2027 |
| Case shall be resolved and judgment shall issue by |  |  | 02/03/2028 |

**The final pre-trial deadline is _not the scheduled date of the conference_.** You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED<br>**02/04/2026** | ASSISTANT CLERK<br>**Timothy C Walsh** | PHONE<br>**(617)788-8121** |
|---|---|---|

Date/Time Printed: 02-04-2026 10:33:35                                    SCV026\ 08/2018

# EXHIBIT B

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                   SUPERIOR COURT DEPT.
                                              DOCKET NO. 2684-CV-00334

ROSALEA O'NEAL,

                    Plaintiff,

    v.

VERIZON SERVICES CORP.,

                    Defendant.

## **NOTICE OF FILING OF NOTICE OF REMOVAL**

To:    Suffolk County Superior Court
       Three Pemberton Square
       Boston, MA 02108

       PLEASE TAKE NOTICE that a Notice of Removal in the above action from the Suffolk

County Superior Court has been duly filed in the United States District Court for the District of

Massachusetts. Attached hereto as Exhibit A is a copy of that Notice of Removal.

                              Respectfully submitted,

                              VERIZON SERVICES CORP.,

                              By its attorneys,

                              */s/ Brian E. Lewis*
                              Brian E. Lewis (BBO # 643717)
                              Natalya R. Minoff (BBO # 713447)
                              JACKSON LEWIS P.C.
                              75 Park Plaza
                              Boston, MA 02116
                              Tel: (617) 367-0025
                              brian.lewis@jacksonlewis.com
                              natalya.minoff@jacksonlewis.com

Dated:  March 10, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of March 2026, a true copy of the above document was served via email upon:

Scott A. Lathrop, Esq.
176 Fitchburg Road
Townsend, MA 01469
scott.lathrop@comcast.net

*Attorney for Plaintiff*


/s/ Brian E. Lewis
Jackson Lewis P.C.

2